No. 98–1591.  ROJAS-ORTEGA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–1601.  ROBINSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–1617.  EMERSON *v.* BOARD OF ZONING APPEALS OF FAIRFAX COUNTY ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 98–7406.  ROBISON *v.* JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 98–7481.  JACKSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 98–7915.  HUCKABY *v.* HEALTH CARE FINANCING ADMIN-ISTRATION ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 98–8281.  CUNNINGHAM *v.* WOODS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–8283.  RIBOT-CARINO *v.* LABOY-ALVARADO ET AL. C. A. 1st Cir.  Certiorari denied.

No. 98–8294.  SUMTER *v.* NEW JERSEY.  C. A. 3d Cir.  Certio-rari denied.

No. 98–8297.  WILSON *v.* BOLLINGER ET AL.  C. A. 4th Cir. Certiorari denied.

No. 98–8300.  ABDUS-SABIR *v.* HIGHTOWER, WARDEN, ET AL. C. A. 11th Cir.  Certiorari denied.

No. 98–8309.  NUNLEY *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 98–8315.  BONNER *v.* CRABTREE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8323.  NIEVES DIAZ *v.* FLORIDA ET AL.  Sup. Ct. Fla. Certiorari denied.

No. 98–8328.  FORD *v.* SAUNDERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.